

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2022

No. 04-22-00179-CV

Rodney **WARRIOR,**
Appellant

v.

Maria Cristina **WARRIOR**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07193
Honorable Monique Diaz, Judge Presiding

## O R D E R

On September 26, 2022, appellant timely filed a motion requesting an extension of time to file appellant's brief. On October 3, 2022, appellant filed an amended motion containing a certificate of service and certificate of conference. Appellant's motion is GRANTED. Appellant's brief is due **no later than December 15, 2022**. *Further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court